ACCEPTED
14-14-00605-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 6:18:24 PM
CHRISTOPHER PRINE
CLERK

NO: 14-14-00605-CV

_____

IN THE COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 6:18:24 PM
CHRISTOPHER A. PRINE
Clerk

FOR THE FOURTEENTH COURT OF APPEALS DISTRICT

AT HOUSTON, TEXAS
_____

## AMELIA V. KELLY,

*Appellant*,

vs.

## MATTHEW D. WIGGINS, JR.

*Appellee*
_____

Appeal from the 122nd Judicial District Court
of Galveston County, Texas, The Honorable John Ellisor Presiding
Trial Court Cause No. 11CV0325
_____

## NOTICE OF COUNSEL PRESENTING
## ORAL ARGUMENT FOR APPELLANT
_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Attorney George F. May will be the counsel arguing to the Court for Appellant Amelia V. Kelly at the scheduled oral arguments on Wednesday, April 15, 2015 at 2:00 pm.

Respectfully submitted,

*/s/ George F. May/*

_____

George F. May

1

TWOMEY | MAY, PLLC
State Bar No. 24037050
2 Riverway, 15th Floor
Houston, Texas 77098
(713) 659-0000
(832) 201-8485 - Facsimile
george@twomeymay.com

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below on April 14, 2015 as follows:

George W. Vie, III
Mills Shirley, LLP
2228 Mechanics Street
Galveston, Texas 77550
gvie@millshirley.com

By (check all that apply)
- ☐ personal delivery
- ☐ mail
- ☐ commercial delivery service
- ☒ fax or eservice

*/s/ George F. May/*

George F. May
Date: April 14, 2015